BLUMERT, Respondent, v. HOES, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Clara Blumert against William M. Hoes, public administrator. G. L. Carlisle, for appellant. E. T. Taliaferro, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $372, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 127 App. Div. 547, 111 N. Y. Supp. 823.

BOKER, Appellant, v. H. KOEHLER & CO., Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by David Boker against H. Koehler & Co. C. S. Rosenthal, for appellant. L. Cohn, for respondent.

PER CURIAM. Determination (116 N. Y. Supp. 540) affirmed, with costs. Order filed.

INGRAHAM and SCOTT, JJ., dissent.

BOOTH v. LITCHFIELD. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Ralph H. Booth against Edward H. Litchfield. No opinion. Motion granted. Order filed. See, also, 118 N. Y. Supp. 1095.

In re BOWDEN. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) In the matter of the examination of Margaret M. Bowden, upon the application of Cornelia E. Mannis, judgment creditor under a judgment recovered in an action in the Supreme Court, Saratoga County, N. Y., wherein Cornelia E. Mannis was plaintiff and Julia Sutfin was defendant. No opinion. Order affirmed, with $10 costs and disbursements.

BOWERS, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Henry Bowers against the United Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

BOWMAN v. FURBER et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Archibald Bowman against Percy N. Furber, and others. No opinion. Order affirmed, with $10 costs and disbursements.

BOYER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Thomas Boyer against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

BRADT, Respondent, v. BRADT, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by George K. Bradt against Chauncey Bradt. No opinion. Judgment of the County Court affirmed, with costs.

BRANDLY, Respondent, v. AMERICAN BUTTER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Albert R. Brandly against the American Butter Company. J. P. Everett, for appellant. B. N. Cardozo, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 410, 114 N. Y. Supp. 896.

INGRAHAM and LAUGHLIN, JJ., dissent.

BRIDGE, Appellant, v. CONSOLIDATED LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Ellen Bridge, as administratrix, etc., of George Bridge, deceased, against the Consolidated Light & Power Company. No opinion. Judgment unanimously affirmed, with costs.

BRILL, Appellant, v. BLOOMINGDALE et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by David Brill against Samuel J. Bloomingdale and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRINDLE, Respondent, v. HAY, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Harry Brindle against Joseph Hay. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRITTAIN, Respondent, v. J. B. COLT CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Louisa M. R. Brittain against the J. B. Colt Company. No opinion. Order affirmed, with $10 costs and disbursements.

BRODY, Respondent, v. HUDSON COS., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Samuel Brody against the Hudson Companies. No opinion. Motion denied, with $10 costs.

BROOK, Appellant, v. BRIDGMAN, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Isidor Brook against Herbert L. Bridgman. No opinion. Judgment affirmed, with costs.